7-22CV-002-O

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN - 3 2022
CLERK, U.S. DISTRICT COURT
By _____ Deputy

To AnyBody THaT will Help me Please

My Name is Keith Porter. I Have Bin Locked up In THe Co Jail Sence March 2nd. I am in Here on A False CHarge To Keep me From Talking. THis Case is ABout MAxx Green A TO Z Bail Bonds and His Army of Goons THaT He Bonds out For nothing and PuTs THem To Work doing Bad STuFF. Cooking Dope - Making CHild Porn. And A Number of other THings THaT noBody will Do Any THing ABout. To MAKe iT SHorT THis is a case THaT Involves THe WFPd. me and my Wife. I Have Bin Trying To Press CHarges on MAXX Green For 4 months and no one is Doing Any THing ABouT THis Because of How He is maxx Green. "QuoTe" My Lawyer Told me THaT Max Green is a Drug Dealer - AFFiliaTed and A Power in THis Town and I Belive He is a Teristic Group THaT Will Do Any THing TO Keep People From Talking. I Was Beat up - RoBBed and Kicked out of A House THaT I Was Renting From MAxx Green. THe Person He Had Beat me up is RoBerT Hallmark.

/ Over

He Bonded This Person out on a 150 Thousand Dollar Bond For nothing and May Had Him Beat me up. That's Just a Piece of The Things I need To Tell u. I need To Talk To Some one about This Matter. The Same Group That Beat me up is now Stalking and Harassing and Trying To Scare my Wife To Keep us From Talking. I Have Bin Trying To Get The Cid Sheriffs office To Press Charges and The Told my wife To Go To The US Marshalls and no one will Talk To Her. She is Scared For Her Life. They are Driving By The House. She Has Pictures, Tag numbers and Has Done All The Leg Work and Still nothing. And I Think Because of May Green. I no yall Have Just Got To Town From Dallas and Are Not in This Group of People Here and I Hope you Can Give me one Hour of Your Time Because I Can Tell you Some Things That will Stand This Town on its EARS But no one will Do Any.

Next

②

Could you Please Help us.

I Can Prove All of what I am Saying.

Please Come And Talk To me

Keith Porter AI6774 55990
Po Box 8466
Wichita Falls TX 76301



NORTH TEXAS TX PBDC
DALLAS TX 750
27 JUL 2018 PM 10 L

Inmate Correspondenc
Wichita County Texas
Detention Center

US Federal DAs Office
1000 Lamar ST
Wichita Falls TX 76301

"Legal Mail"

76301383402 C004

"Legal Mail"

INDIGENT