IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **KEITH PORTER,** Wichita County Jail No. AI 6774 55990, | § § § § | |
| **Plaintiff,** | § § | |
| v. | § | Civil Action No. 7:22-cv-002-O |
| **MAXX GREEN, et al.,** | § § § § | |
| **Defendants.** | § | |

## JUDGMENT

This action came on for consideration and, because Plaintiff's current address is unknown to the Court,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that the complaint is **DISMISSED** without prejudice pursuant to Rule 41(b), Federal Rules of Civil Procedure.

**SIGNED** this **27th day** of **January, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE